Yosi Yahoudai, Esq., SBN 250679
Alexander B. Boris, Esq., SBN 313195
**JAVAHERI & YAHOUDAI**
A Professional Law Corporation
1880 Century Park East, Suite 717
Los Angeles, California 90067
Telephone: (310) 407-0766
Facsimile: (310) 407-0767
Email: alex@jnylaw.com
eService: teamab@jnylaw.com

Attorneys for Plaintiff, Kareli Yanez Arguelles

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARELI YANEZ ARGUELLES, an Individual, <br><br> Plaintiff, <br> vs. <br><br> COSTCO WHOLESALE CORPORATION; CORY CONDREN, an Individual; and DOES 1 to 50, Inclusive, <br><br> Defendants. | Case No.: 3:24-cv-04199-RS <br> *Chief District Judge: Richard Seeborg* <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DEADLINES** |

Plaintiff Kareli Yanez Arguelles ("Plaintiff") and Defendants, Costco Wholesale Corporation and Cory Condren ("Defendants") by their attorneys of record ("The Parties"), hereby stipulate as follows:

WHEREAS, Plaintiff initially filed her Complaint in the Santa Clara County Superior Court on June 10, 2024, in response to which Defendants filed a Notice of Removal of Civil Action to the U.S. District Court on July 11, 2024, in response to which Plaintiff filed a Motion to Remand to State Court on July 30, 2024. On October 24, 2024, the Court issued an Order denying Plaintiff's Motion to Remand Dkt. Nos. 1, 10, 25.

WHEREAS, this Court issued the Case Management Scheduling Order on October 24, 2024 (Dkt. No. 26), which includes the following relevant pre-trial dates and deadlines:

| Fact Discovery Cutoff | April 2, 2025 |
|---|---|
| Further Case Management Conference | April 17, 2025 at 10:00am |
| Initial Expert Designations Due | May 1, 2025 |
| Rebuttal Expert Designations Due | May 29, 2025 |
| Expert Discovery Cutoff | June 19, 2025 |
| Dispositive Pre-Trial Motion Deadline | July 17, 2025 |
| Pre-Trial Conference | September 10, 2025 at 10:00 a.m. |
| Trial | September 22, 2025 at 9:00 a.m. |

WHEREAS, this is the Parties first request for modification of the Case Management Scheduling Order issued by the Court on October 24, 2024, at the same time that the Court issued an Order denying Plaintiff's Motion for Remand.

WHEREAS, the Parties request sufficient time to complete non-expert discovery. Plaintiff needs additional time to conduct a site inspection (currently scheduled for February 24, 2025), meeting and conferring on Defendant's discovery (responded to on January 22, 205), possibly further written discovery, post-inspection scheduling and taking of several depositions (including unknown floor inspector, duty manager Kop, witness Maria Reyes, Person Most Knowledge, amongst others). Plaintiff will also need additional time to take non-retained expert deposition before the close of fact discovery.

Defendant needs additional time to subpoena the records of Plaintiff's medical care providers at the time of and prior to the incident. Defendant needs additional time to subpoena Plaintiff's employment records. Defendant needs to take Plaintiff's deposition and serve any additional needed discovery following the deposition. Defendant will also need additional time to take non-retained expert deposition before the close of fact discovery.

Further, the Parties are in the process of coordinating mediation for June/July, 2025.

THE PARTIES HEREBY STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-1(b), that this Court amend the Case Management Scheduling Order by extending the above dates and deadlines approximately six (6) months to the following:

| Fact Discovery Cutoff | October 27, 2025 |
|---|---|
| Further Case Management Conference | November 3, 2025 at 10:00am |
| Initial Expert Disclosure/Report Due | November 24, 2025 |
| Rebuttal Expert Disclosure/Report Due | December 29, 2025 |
| Expert Discovery Cutoff | February 6, 2026 |
| Dispositive Pre-Trial Motion Deadline | February 20, 2026 |
| Pre-Trial Conference | March 18, 2026 at 10:00 a.m. |
| Trial | March 30, 2026 at 9:00 a.m. |

THE PARTIES FURTHER STIPULATE AND REQUEST, pursuant to Civil Local Rule 6-1(b), that the Further Case Management Conference currently scheduled for April 17, 2025 at 10:00 a.m. be continued to November 3, 2025 at 10:00 a.m. and the due date for the Updated Joint Case Management Statement be reset accordingly.

DATED: February 19, 2025                              Respectfully Submitted,

                                                      _____
                                                      Alexander B. Boris, Esq.
                                                      JAVAHERI & YAHOUDAI, APLC
                                                      Attorneys for Plaintiff


DATED: February 19, 2025                              Respectfully Submitted,

                                                      _____
                                                      Sean P. Moriarty, Esq.
                                                      CESARI, WERNER and MORIARTY
                                                      Attorneys for Defendants

**ORDER**

Pursuant to the Parties' stipulation, this Court hereby amends the Case Management Schedule as follows:

| | |
|---|---|
| Fact Discovery Cutoff | October 27, 2025 |
| Further Case Management Conference | November 6, 2025 at 10:00am |
| Initial Expert Disclosure/Report Due | November 24, 2025 |
| Rebuttal Expert Disclosure/Report Due | December 29, 2025 |
| Expert Discovery Cutoff | February 6, 2026 |
| Dispositive Pre-Trial Motion Deadline | February 20, 2026 |
| Pre-Trial Conference | March 18, 2026 at 10:00 a.m. |
| Trial | March 30, 2026 at 9:00 a.m. |

The Further Case Management Conference currently scheduled for April 17, 2025 at 10:00 a.m. is continued to November 6, 2025 at 10:00 a.m.. and the due date for the Updated Joint Case Management statement is  October 30, 2025.

IT IS SO ORDERED.

Dated: 2/20/2025

_____
THE HONORABLE RICHARD SEEBORG