# [~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, this Court hereby amends the Case Management Schedule as follows:

| | |
|---|---|
| Fact Discovery Cutoff | March 27, 2026 |
| Further Case Management Conference | April 23, 2026 at 10:00 a.m. |
| Initial Expert Designations Due | April 24, 2026 |
| Rebuttal Expert Designations Due | May 28, 2026 |
| Expert Discovery Cutoff | July 6, 2026 |
| Dispositive Pre-Trial ~~Motion Deadline~~ Motion Hearing Date | ~~July 23, 2026~~ at 1:30 p.m. July 30, 2026 |
| Pre-Trial Conference | ~~September 2, 2026~~ at 10:00 a.m. September 23, 2026 |
| Trial | ~~September 14, 2026~~ at 8:30 a.m. October 5, 2026 |

The Further Case Management Conference currently scheduled for January 22, 2026 at 10:00 a.m. is continued to __April 23, 2026__ at __10:00 a.m.__ a.m./p.m. and the due date for the Updated Joint Case Management statement is __April 16, 2026__.

IT IS SO ORDERED.

Dated: December 29, 2026

_____
THE HONORABLE RICHARD SEEBORG

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE DATES
Case No. 3:23-cv-03361-RFL                    1